IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LATORIA D. JORDAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-135-WKW |
| | ) | [WO] |
| BOBBY BARRETT and STEVEN T. MARSHALL,[1] | ) ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 23), to which Petitioner LaToria D. Jordan has filed objections (Doc. # 28). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

In her objection, Ms. Jordan takes issue with nearly every aspect of the Recommendation. The objection largely repeats arguments Ms. Jordan already presented to the Magistrate Judge, often misstating the legal principles that guide habeas review. Because the Magistrate Judge's Recommendation properly applies the law to the facts of this case, Ms. Jordan's objections are due to be overruled.

---

[1] Ms. Jordan's petition named the former Attorney General of the State of Alabama, Luther Strange, as a respondent. Steven Marshall succeeded Mr. Strange in that office and, therefore, "is automatically substituted as a party." Fed. R. Civ. P. 25(d).

Accordingly, it is ORDERED as follows:

1. Petitioner LaToria D. Jordan's objections (Doc. # 28) are OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED;

3. The petition for habeas corpus relief filed by Petitioner LaToria D. Jordan is DENIED; and

4. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 7th day of July, 2017.

           /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE